**Electronically Filed
Supreme Court
SCWC-12-0000662
12-DEC-2012
09:19 AM**

SCWC-12-0000662

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LIVIA M. SCOTTO,
Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAIʻI, DEPARTMENT OF HUMAN SERVICES, ET. AL.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000662; CIV. NO. 11-1-002757)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

On November 5, 2012, petitioner Livia M. Scotto filed a document entitled "Petition for Writ of Certiorari".  To the extent petitioner seeks certiorari review of this court's October 31, 2012 order concerning the box of papers and other items Scotto delivered to the appellate clerk's office for filing, a copy of which is attached to the petition, such an order is not reviewable by the supreme court by application for a writ of certiorari.  See HRAP 40.1(a) ("A party may seek review of the intermediate court of appeals' decision by filing an application for a writ of certiorari in the supreme court."); see also Haw.

Rev. Stat. § 602-5(a) (Supp. 2011).  Therefore,

IT IS HEREBY ORDERED that the petition for a writ of certiorari is dismissed.

DATED: Honolulu, Hawai'i, December 12, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack